RECEIVED

JUL 14 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| BOBBY LEE PARKS, SR.<br>LA. DOC #332119<br>VS. | CIVIL ACTION NO. 5:14-cv-1085<br><br>SECTION P<br><br>JUDGE STAGG |
| POLICE DEPARTMENT OF<br>STONEWALL, LOUISIANA | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** plaintiff's civil rights complaint [Doc. 1] be **DISMISSED WITH PREJUDICE** as frivolous and that his petition for mandamus [Doc. 4] be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 14th day of July, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE